■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DYLAN SCHUMAKER, Appellant. [29 NYS3d 228]—Motion for re-

argument denied. Present—Smith, J.P., Carni, Lindley, Whalen and DeJoseph, JJ.